IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HSBC Bank USA, N.A., as Trustee for Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2004-14,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL A. NIX, an individual; SUNSET OUTREACH; JP MORGAN CHASE BANK, N.A., STATE OF WASHINGTON;<br><br>Defendants. | Case No. C18-0490 RSM<br><br>**ORDER OF REMAND** |

THIS MATTER came before the Court on Plaintiff, HSBC Bank USA, N.A., as Trustee for Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2004-14's ("HSBC Bank") Motion to Remand the case to the Superior Court. Dkt. #7. Defendant Nix has failed to respond to the motion.

Pursuant to this Court's Local Civil Rules, "[e]xcept for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." LCR 7(b)(2). The Court considers Defendant Nix's failure to respond to be such an admission in this case.

Further, for the reasons set forth in Plaintiff's motion, the Court agrees that remand is warranted, particularly given that Defendant Nix's removal was untimely, Defendant Nix was in

ORDER OF REMAND
Page 1

default prior to his removal and therefore was not allowed to participate in the case at the time of removal, and none of the other Defendants joined in the removal. *See* Dkt. #7.

Accordingly, the Court hereby ORDERS:

1. Plaintiff's Motion to Remand (Dkt. #7) is GRANTED and this case is remanded to King County Superior Court.
2. This matter is now CLOSED.

DATED this 4th of May 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Kathy Shakibi*
Kathy Shakibi, WSBA #49381
Attorney for Plaintiff,
HSBC Bank USA, N.A.,
as Trustee for Structured Adjustable
Rate Mortgage Loan Trust Mortgage
Pass-Through Certificates, Series 2004-14

McCarthy & Holthus LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
PH: (206) 596-4861
FAX: (206) 274-4902